UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIPING HU, [A76 944 185]<br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of of Homeland Security, et al.,<br><br>Respondents. | No. 07-cv-0275-BTM (BLM)<br><br>ORDER REMANDING CASE |

The provisions set forth in the Joint Motion to Remand filed by the parties in this case are approved and so ordered. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application without unreasonable delay. The pending motion to remand [3] is **DENIED AS MOOT**. Petitioner has leave to file an amended complaint within sixty days of this Order.

DATED: July 24, 2007

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge